# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-CV-01340-AWI-LJO-P<br><br>ORDER DENYING MOTION FOR COURT ORDER REQUIRING PROCESSING OF IN FORMA PAUPERIS APPLICATION AND MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Docs. 9 and 10) |

　　　Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2005, plaintiff filed a motion seeking a court order requiring the processing of his in forma pauperis application, and on December 12, 2005, plaintiff filed a motion to proceed in forma pauperis. In light of the fact that the filing fee was paid in full in this action on December 8, 2005, plaintiff's motions are moot and are HEREBY DENIED on that ground.

IT IS SO ORDERED.

**Dated:   December 14, 2005**　　　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1