# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-CV-01340-AWI-LJO-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO SUBMIT PAGE FIVE OF COMPLAINT AS MOOT |
| v. | |
| RODERICK Q. HICKMAN, et al., | (Doc. 6) |
| Defendants. | |

Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 24, 2005. On November 3, 2005, plaintiff notified the court that page five of his complaint was omitted in error. Plaintiff submitted page five and requested that it be added to his complaint. On January 26, 2006, plaintiff filed an amended complaint. Because the original complaint has been superceded by the amended complaint, plaintiff's motion to add page five to his original complaint is moot and is HEREBY DENIED on that ground.

IT IS SO ORDERED.

**Dated:    May 19, 2006**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE