# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>        Defendants. | CASE NO. 1:05-CV-01340-AWI-LJO-P<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF MARSHAL FOR SERVICE OF PROCESS<br><br>(Doc. 22) |

    Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 1, 2006, plaintiff filed a notice stating that he is willing to proceed only on the Eighth Amendment claims in his amended complaint found to be cognizable by the court in its order of May 22, 2006, and requesting that the court serve defendants without cost to plaintiff.  The court construes the motion to be one for appointment of the United States Marshal for service of process, without prepayment of costs.  Fed. R. Civ. P. 4(c)(2).

    Plaintiff's motion for service by the Marshal is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   July 13, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE