# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>       Defendants. | CASE NO. 1:05-CV-01340-AWI-LJO-P<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. 16) |

Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 24, 2005. The court has screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendants Hart, Bonilla, Smith, Davis, Kellog, Scribner, Andrews, Schwarzenegger, Hickman, and Woodford for excessive force, and against defendant Amaya for deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's section 1983 retaliation and equal protection claims, and 42 U.S.C. § 1985(3) claim be dismissed from this action for failure to state any claims upon which relief may be granted, and defendants Kavanaugh and Moran be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

1

1. Service is appropriate for the following defendants:

    GOVERNOR ARNOLD SCHWARZENEGGER

    RODERICK Q. HICKMAN, CDCR SECRETARY (former)

    JEANNE S. WOODFORD, CDCR DIRECTOR (former)

    A. K. SCRIBNER, WARDEN

    J. R. ANDREWS, ASSOCIATE WARDEN

    J. SMITH, C/O

    J. HART, C/O

    A. DAVIS, C/O

    I. BONILLA, C/O

    KELLOG, C/O

    J. AMAYA, MTA

2. The Clerk of the Court shall send plaintiff eleven (11) USM-285 forms, eleven (11) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed January 31, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Twelve (12) copies of the endorsed amended complaint filed January 31, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

///

///

1      5. <u>The failure to comply with this order will result in a recommendation that this action
2          be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **July 13, 2006**                           /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES MAGISTRATE JUDGE