# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-CV-01340-AWI-LJO-P |
| Plaintiff, | ORDER DISREGARDING MOTION |
| v. | (Doc. 23) |
| RODERICK Q. HICKMAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 22, 2006, the court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and ordered plaintiff to either file a second amended complaint or notify the court of his willingness to proceed only on the claims found to be cognizable by the court. (Doc. 21.) On June 1, 2006, plaintiff filed a notice stating that he does not wish to file a second amended complaint and wishes to proceed only on his Eighth Amendment claims. (Doc. 22.) On July 7, 2006, plaintiff filed a motion seeking the exercise of supplemental jurisdiction over his state law claims. (Doc. 23.)

As a result of plaintiff's notice, in separate findings and recommendations and order issued concurrently with this order, the court recommended that this action proceed on plaintiff's amended complaint, filed January 31, 2006, on plaintiff's Eighth Amendment claims and found plaintiff's amended complaint appropriate for service of process. Plaintiff's amended complaint does not plead

///

///

any claims for relief under state law. Plaintiff's motion is therefore misplaced and is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:    July 13, 2006                          /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE