1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GARRISON S. JOHNSON,                    CASE NO. 1:05-CV-01340-AWI-LJO-P

10                    Plaintiff,           ORDER DENYING MOTION FOR ISSUANCE
                                           OF SUBPOENA DUCES TECUM AS
11          v.                             PREMATURE

12  RODERICK Q. HICKMAN, et al.,           (Doc. 40)

13                    Defendants.
                                        /
14

15          Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil

16  rights action pursuant to 42 U.S.C. § 1983.  On October 13, 2006, plaintiff filed a motion seeking

17  the issuance of a subpoena duces tecum.

18          Plaintiff is directed to review paragraph eight of the First Informational Order, in which the

19  court specified that no discovery may be conduced until an answer is filed and the court issues the

20  order opening discovery.  (Doc. 8.)  Plaintiff's motion is premature and is HEREBY DENIED on

21  the ground.

22

23  IT IS SO ORDERED.

24  **Dated:   October 17, 2006**               **/s/ Lawrence J. O'Neill**
    b9ed48                                       UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1