# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-cv-01340-LJO-NEW (DLB) PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER OPENING DISCOVERY |
| v. | (Doc. 66) |
| RODERICK Q. HICKMAN, et al., | |
| Defendants. | |

Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 9, 2007, plaintiff filed a motion seeking the issuance of an order opening the discovery phase of this litigation.

Plaintiff's position that defendants filed an answer thirteen months ago is incorrect. Defendants filed an answer and a motion to dismiss on October 30, 2006. The discovery phase of this litigation will be opened via order once defendants' motion to dismiss has been resolved. The court has a large number of cases pending before it and defendants' motion to dismiss will be addressed by the court in due course.

IT IS SO ORDERED.

Dated:   **March 21, 2007**             **/s/ Dennis L. Beck**
3b142a                                   UNITED STATES MAGISTRATE JUDGE

1