# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-cv-01340-LJO-NEW (DLB) PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS SCRIBNER, ANDREWS, HICKMAN, SCHWARZENEGGER, AND WOODFORD |
| v. | |
| RODERICK Q. HICKMAN, et al., | |
| Defendants. | (Doc. 69) |

On May 1, 2007, defendants Scribner, Andrews, Schwarzenegger, Hickman, and Woodford filed an answer to plaintiff's amended complaint. Accordingly, application of the discovery and scheduling order filed on April 11, 2007, is HEREBY EXTENDED to defendants Scribner, Andrews, Schwarzenegger, Hickman, and Woodford.

IT IS SO ORDERED.

Dated:   **May 2, 2007**          **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE