# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-cv-01340-LJO-NEW (DLB) PC |
| Plaintiff, | APPEAL NO. 07-16093 |
| v. | ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY OF DOCUMENT 84 GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL ON NINTH CIRCUIT |
| RODERICK Q. HICKMAN, et al., | |
| Defendants. | |
| _____/ | |

On June 14, 2007, this court granted plaintiff leave to proceed in forma pauperis on appeal. On July 10, 2007, the United States Court of Appeal for the Ninth Circuit issued an order requiring plaintiff to either pay the filing fee in full or file a motion seeking leave to proceed in forma pauperis.

In light of the fact that plaintiff was granted leave to proceed in forma pauperis on appeal on June 14, 2007, the Clerk's Office is HEREBY DIRECTED to serve a courtesy copy of document 84 on the Ninth Circuit.

IT IS SO ORDERED.

Dated:   __July 13, 2007__        _____/s/ **Dennis L. Beck**_____
                                UNITED STATES MAGISTRATE JUDGE

1