1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | GARRISON S. JOHNSON,                    | CASE NO. 1:05-cv-01340-LJO-NEW (DLB) PC

10 |                          Plaintiff,       | ORDER GRANTING DEFENDANTS'
   |                                           | MOTION FOR AN EXTENSION OF TIME UP
11 |       v.                                  | TO AND INCLUDING SEPTEMBER 2, 2007,
   |                                           | WITHIN WHICH TO SERVE RESPONSES TO
12 | RODERICK Q. HICKMAN, et al.,              | PLAINTIFF'S DISCOVERY REQUESTS

13 |                          Defendants.      | (Doc. 90)

14 _____/

15
16       On June 27, 2007, defendants filed a motion seeking an extension of time to serve requests

17 to plaintiff's discovery requests.  On July 10, 2007, plaintiff filed a notice of non-opposition.

18       Defendants' motion is HEREBY GRANTED.  Defendants shall serve their responses to

19 plaintiff's discovery requests on or before September 2, 2007.

20
21       IT IS SO ORDERED.

       **Dated:   August 14, 2007**          _____ **/s/ Dennis L. Beck**_____
22                                           UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

1