# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>   Plaintiff,<br><br>  v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:05-cv-01340-LJO-NEW (DLB) PC<br><br>ORDER STAYING ACTION PENDING RESOLUTION OF PLAINTIFF'S APPEAL<br><br>(Doc. 82)<br><br>ORDER DENYING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME AS MOOT IN LIGHT OF STAY<br><br>(Doc. 98) |

  Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2007, plaintiff filed a notice of appeal of the court's order denying his motion for preliminary injunctive relief. This action shall be stayed pending resolution of plaintiff's appeal by the Ninth Circuit. Once plaintiff's appeal is resolved, the court will issue an amended scheduling order setting new amended pleading, discovery, and pre-trial dispositive motion deadlines.

  While this case is stayed, there will be no further discovery and both plaintiff and defendants are relieved on any obligation to respond to outstanding discovery requests. Once the stay is lifted, plaintiff and defendants will be given thirty days within which to serve responses to any outstanding discovery requests. Defendants' second request for an extension of time to respond to discovery is moot in light of this order and shall be denied on that ground. The court notes that plaintiff opposed

///

the request but plaintiff has made no showing of any actual prejudice and plaintiff's argument of undue delay is not persuasive in light of the fact that there is an appeal pending in this case.

Accordingly, it is HEREBY ORDERED that:

1. This action is STAYED pending resolution of plaintiff's appeal;
2. The court will issue an amended scheduling order setting new amended pleading, discovery, and pre-trial dispositive motion deadlines once the appeal is resolved and the stay is lifted; and
3. Defendants' request for an extension of time to serve responses to plaintiff's discovery requests, filed August 31, 2007, is DENIED as moot in light of this order.

IT IS SO ORDERED.

Dated:   **September 12, 2007**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE