# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-cv-01340-LJO-GSA PC |
| Plaintiff, | ORDER GRANTING MOTION TO LIFT STAY AND FOR ISSUANCE OF AMENDED SCHEDULING ORDER |
| v. | |
| RODERICK Q. HICKMAN, et al., | (Doc. 108) |
| Defendants. | |

Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed January 31, 2006, against Defendants Hart, Bonilla, Smith, Davis, Kellog, Scribner, Andrews, Schwarzenegger, Hickman, and Woodford for excessive force, and against Defendant Amaya for deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment. On September 12, 2007, the Court issued an order staying this action pending resolution of Plaintiff's appeal at the Ninth Circuit. On March 24, 2008, Plaintiff filed a motion seeking a lift of the stay and the issuance of an amended scheduling order.

In light of the Ninth Circuit's decision affirming on appeal the denial of Plaintiff's motion for a preliminary injunction and pursuant to the order filed September 12, 2007, it is HEREBY ORDERED that:

1. Plaintiff's motion to lift the stay in this action and issue an amended scheduling order, filed March 24, 2008, is GRANTED;

2. By separate order, an amended scheduling order shall issue; and

3. The parties have **thirty (30) days** from the date of service of this order within which to serve responses to any outstanding discovery requests.

IT IS SO ORDERED.

**Dated:** **March 28, 2008**              /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE