# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>  Defendants.<br>_____ / | CASE NO. 1:05-cv-01340-LJO-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND FOR ISSUANCE OF SUBPOENAS DUCES TECUM<br><br>(Docs. 86, 87, and 92)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF THREE SUBPOENAS FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 19, 2007, and June 21, 2007, Plaintiff filed motions seeking the issuance of subpoenas duces tecum, and on July 2, 2007, Plaintiff filed a motion seeking leave to proceed in forma pauperis. In a separate order issued concurrently with this order, the Court lifted the stay in this action and set a discovery deadline of August 6, 2008. Therefore, Plaintiff's motion for the issuance of subpoenas shall be granted, and Plaintiff shall be granted leave to proceed in forma pauperis, which provides for service of the subpoenas by the United States Marshal.

Plaintiff is entitled to seek documentary evidence from third parties via the issuance of a subpoena duces tecum under Federal Rule of Civil Procedure 45. Plaintiff wishes to obtain documents from Senator Gloria Romero, former Senator Jackie Speier, and California Prison Focus. The Court will forward Plaintiff three subpoenas. Plaintiff shall fill in the information, which

includes setting forth what specific documents he is seeking.  The Marshal will be directed to serve the subpoenas after they have been reviewed by the Court.  Plaintiff is responsible for providing the physical addresses at which the subpoenas are to be personally served.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion seeking leave to proceed in forma pauperis, filed July 2, 2007, is GRANTED;

2. Plaintiff's motions for the issuance of subpoenas duces tecum, filed June 19, 2007, and June 21, 2007, are GRANTED;

3. The Clerk's Office shall send Plaintiff three subpoenas duces tecum; and

4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall return the completed subpoenas to the Court.

IT IS SO ORDERED.

**Dated:   March 31, 2008**           /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE