IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>              Plaintiff,<br><br>     v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>              Defendants. | 1:05-cv-01340-LJO-GSA (PC)<br><br>**ORDER GRANTING DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY RESPONSES** |

   Good cause having been shown, Defendant Schwarzennegger's request for an additional seven days, to and including May 7, 2008, to serve Plaintiff with his discovery responses is HEREBY GRANTED.

   IT IS SO ORDERED.

   **Dated:   April 30, 2008**             /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE