# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-cv-01340-LJO-GSA PC |
| Plaintiff, | ORDER STAYING CASE PENDING COMPLETION OF SETTLEMENT |
| v. | CONFERENCE BEFORE JUDGE VADAS |
| RODERICK Q. HICKMAN, et al., | (Docs. 139 and 140) |
| Defendants. | |

On October 6, 2008, the Court issued an order directing Plaintiff and Defendants to notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference before United States Magistrate Judge Nandor Vadas. On October 8, 2008, the parties filed a stipulation to refer the case to Judge Vadas for settlement.

The Court has initiated facilitation of a settlement conference before Judge Vadas. At this juncture, Judge Vadas's available dates for November have not yet been released. The Court will pursue scheduling as soon as the next block of dates is announced, which is anticipated to be in early November.

**Accordingly, this case is HEREBY ORDERED STAYED in its entirety pending completion of a settlement conference before Judge Vadas.** If settlement is not accomplished, the parties will be invited via order to file status reports, and the Court will thereafter issue a new scheduling order.

///

1 | The parties may anticipate further communication regarding the settlement conference from the
2 | Court within the first few weeks of November 2008.

5 | IT IS SO ORDERED.
6 | Dated:   **October 20, 2008**              /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE