1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-cv-01340-LJO-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL FOR SETTLEMENT CONFERENCE |
| v. | |
| RODERICK Q. HICKMAN, et al., | (Doc. 143) |
| Defendants. | |

On October 23, 2008, Plaintiff filed a motion seeking the appointment of counsel to represent him at the settlement conference set before Judge Vadas.  In the motion, Plaintiff articulates the concern that his Security Housing Unit status may preclude his participation in the conference.

Plaintiff will be personally present for the settlement conference, and it is unnecessary for a representative to appear in place of Plaintiff.  There are no exceptional circumstances presented which require the appointment of counsel, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:**   **November 10, 2008**                          **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

1