# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:05-cv-01340-LJO-GSA PC<br><br>ORDER CROSS-DESIGNATING CASE TO JUDGE VADAS FOR SETTLEMENT<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE JUDGE VADAS ON DECEMBER 9, 2008, AT 1:00 P.M., AND REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS TO JUDGE VADAS ON OR BEFORE DECEMBER 1, 2008 |

Pursuant to the Court's orders of October 6, 2008, and October 21, 2008, it is HEREBY ORDERED that:

1. This case is cross-designated to the Honorable Nandor J. Vadas for settlement purposes only;

2. The settlement conference shall be conducted on December 9, 2008, at 1:00 p.m. before Judge Vadas at California State Prison-Solano;[1]

3. Within **twenty (20) days** of the settlement conference, Judge Vadas shall file a report in this case indicating the outcome of the settlement proceedings; and

4. On or before December 1, 2008, Plaintiff and Defendants shall submit confidential settlement conference statements by mail to:

---

[1] By separate order, the transportation of Plaintiff for the settlement conference will be arranged.

1

United States Magistrate Judge Nandor J. Vadas
P.O. Box 1306
Eureka, CA 95501-1038.

IT IS SO ORDERED.

**Dated:** **November 10, 2008**          /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE