United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,

    v

RODERICK HICKMAN et al.,

    Defendants.

Case No C 05-1340 LGO CSA

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on December 9, 2008. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Rebecca Armstrong-Grau

    ☒ Other: California Department of Corrections and Rehabilitation, Jeff Hook

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☒ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☐ The parties are unable to reach an agreement at this time.

10

11  Date:  12/31/08                                              _____
             Nandor J Vadas
12           United States Magistrate Judge
             Northern District of California
13           Sitting by Designation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON | No. C 05-1340 |
| v. | CERTIFICATE OF SERVICE |
| HICKMAN | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/31/08 , I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Garrison S. Johnson**
D-59672
CALIFORNIA CORRECTIONAL INSTITUTION (CCI)
PO BOX 1031
Tehachapi, CA 93581

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3