# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,                          CASE NO. 1:05-cv-01340-LJO-GSA PC

               Plaintiff,              ORDER DENYING MOTIONS AS MOOT

   v.                                        (Docs. 150 and 151)

RODERICK Q. HICKMAN, et al.,

              Defendants.

                                 /

      Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 9, 2009, Plaintiff filed a motion seeking the issuance of a subpoena duces tecum for the production of his personal property, and on January 15, 2009, Plaintiff filed a motion seeking the issuance of a preliminary injunction mandating the production of his personal property.  On January 20, 2009, Plaintiff notified the Court that he received his personal property on January 13, 2009.

      Accordingly, Plaintiff's motions are HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:**   **January 22, 2009**                     **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE