# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-cv-01340-LJO-GSA PC |
| Plaintiff, | ORDER STAYING ACTION FOR NINETY DAYS PENDING SETTLEMENT |
| v. | NEGOTIATIONS, PURSUANT TO PARTIES' STIPULATION |
| RODERICK Q. HICKMAN, et al., | |
| Defendants. | (Doc. 152) |
| _____/ | |

The parties appeared before the Honorable Nandor J. Vadas on December 9, 2008, for a settlement conference. Judge Vadas notified the Court via status report that the case settled. However, the parties filed a joint status report on January 20, 2009, notifying the Court that the case did not settle but they are continuing to negotiate a settlement and request that this action remain stayed for ninety days while they continue negotiations.

Pursuant to the parties' stipulation, this action is HEREBY ORDERED STAYED for **ninety (90) days**. If the parties would like a settlement conference before a Magistrate Judge of this Court, they shall notify the Court and it will arrange a conference.

IT IS SO ORDERED.

Dated:   **January 22, 2009**                                **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

1