IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>v<br><br>RODERICK HICKMAN et al.,<br><br>    Defendants. | Case No C 05-1340 LGO CSA<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING **AMENDED** |

A settlement conference in this matter was held on December 9, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Rebecca Armstrong-Grau

☒ Other: California Department of Corrections and Rehabilitation, Jeff Hook

1   (2)    The following individuals, parties, and/or representatives did not appear:

2   (3)    The outcome of the proceeding was:

3       ☐ The case has been completely settled.

4       ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7       ☐ The parties agree to an additional follow up settlement on

8 _____.

9       ☐ The parties are unable to reach an agreement at this time.

10 A Report of Pro Se Prisoner Early Settlement Proceeding was filed on December 31,

11 2008 indicating this matter had settled. After discussions with the Office of the Attorney

12 General, parties are in continuing negotiations to settle the matter.

13 Date: 1/27/08

14                                             Nandor J Vadas

15                                             United States Magistrate Judge
Northern District of California
Sitting by Designation

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHNSON                                          No. C 05-1340

v.                                               CERTIFICATE OF SERVICE

HICKMAN
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Garrison S. Johnson**
D-59672
CALIFORNIA CORRECTIONAL INSTITUTION (CCI)
PO BOX 1031
Tehachapi, CA 93581

                                    RICHARD W. WIEKING, CLERK


                                    By:/s/_____
                                         Deputy Clerk

3