# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>Defendants. | CASE NO. 1:05-cv-01340-LJO-GSA PC<br><br>ORDER ON STIPULATION TO STAY CASE THIRTY ADDITIONAL DAYS, WITH STATUS REPORT TO FOLLOW WITHIN SEVEN DAYS<br><br>(Doc. 158) |

The Court, having considered the parties' stipulation, orders that this case is stayed an additional thirty days, until May 22, 2009. Thereafter, within seven days, the parties will notify the Court of the status of the case.

IT IS SO ORDERED.

Dated: **May 20, 2009**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE