# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:05-cv-01340-LJO-GSA PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN ADDITIONAL TWENTY-DAY STAY TO JUNE 19, 2009, AND REQUIRING DEFENDANTS TO FILE A STATUS REPORT ON OR BEFORE JUNE 22, 2009<br><br>(Doc. 160) |

Defendants' request for an additional twenty-day stay to June 19, 2009, is HEREBY GRANTED. Defendants SHALL file a status report on or before June 22, 2009.

IT IS SO ORDERED.

Dated: **May 29, 2009**     **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE