# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01340-LJO-GSA PC<br><br>ORDER REQUIRING DEFENDANTS' COUNSEL TO NOTIFY THE COURT WITHIN FIFTEEN DAYS WHETHER THEY ARE WILLING TO PARTICIPATE IN A SECOND SETTLEMENT CONFERENCE<br><br>(Doc. 163)<br><br>ORDER THAT CASE REMAINS STAYED |

　　　　This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Garrison S. Johnson, a state prisoner proceeding pro se. On December 8, 2008, a settlement conference was conducted by United States Magistrate Judge Nandor J. Vadas. On January 20, 2009, the parties filed a joint statement notifying the Court that although the case did not settle, negotiations were continuing. The parties requested a ninety-stay, which the Court granted. The parties were also notified that if they wanted the Court's assistance with scheduling another settlement conference, they should notify the Court. The stay was subsequently extended by orders issued on May 20, 2009, and on May 29, 2009. On June 25, 2009, Plaintiff filed a motion seeking another settlement conference.

　　　　Based on Defendants' most recent status report, filed June 22, 2009, it appears that Defendants may be amenable to participating in another settlement conference. However, before granting Plaintiff's motion and referring this case to Pro Bono Program Director Sujean Younger for scheduling of a settlement conference, the Court will seek Defendants' input.

1

1  Accordingly, within **fifteen (15) days** from the date of service of this order, Defendants
2  SHALL notify the Court whether they are willing to participate in a second settlement conference.[1]
3  This case SHALL remain stayed pending Defendants' response, and if Defendants' are
4  willing to participate in another settlement conference, this matter shall remain stayed pending
5  completion of that settlement conference.

IT IS SO ORDERED.

Dated:   **October 19, 2009**                    /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendants are agreeable to another settlement conference, the Court will refer this case to Ms. Younger for scheduling, and the Court will arrange for Plaintiff's personal participation at the conference.

2