# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:05-cv-01340-LJO-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION, AND REFERRING THIS CASE TO PRO BONO PROGRAM DIRECTOR TO SCHEDULE SETTLEMENT CONFERENCE BEFORE JUDGE CARTER<br><br>(Docs. 163, 167, and 168) |

      This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Garrison S. Johnson, a state prisoner proceeding pro se. On December 8, 2008, a settlement conference was conducted by United States Magistrate Judge Nandor J. Vadas. On January 20, 2009, the parties filed a joint statement notifying the Court that although the case did not settle, negotiations were continuing. The parties requested a ninety-stay, which the Court granted. The parties were also notified that if they wanted the Court's assistance with scheduling another settlement conference, they should notify the Court. The stay was subsequently extended by orders issued on May 20, 2009, and on May 29, 2009.

      On June 25, 2009, Plaintiff filed a motion seeking another settlement conference. Pursuant to the Court's order of October 20, 2009, Defendants notified the Court that they are amenable to participating in a second scheduling conference.

///

///

1

1  Accordingly, based on the foregoing, Plaintiff's motion is GRANTED, and this matter is
2  REFERRED to Pro Bono Program Director Sujean Younger to schedule a settlement conference
3  before United States District Judge David O. Carter.[1]

6  IT IS SO ORDERED.

7  Dated:   **November 9, 2009**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the Court's order of October 20, 2009, the stay in this action remains effective pending completion of the settlement conference. Dependant upon the result, the Court will lift the stay via order following the receipt of status reports. The parties will be notified by future order what is required of them with respect to status reports.