# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-cv-01340-LJO-GSA PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT IN LIGHT OF REFERRAL OF CASE FOR SETTLEMENT CONFERENCE |
| v. | |
| RODERICK Q. HICKMAN, et al., | (Doc. 165) |
| Defendants. | |

On October 2, 2009, Plaintiff filed a motion seeking an order lifting the stay in this action and a ruling on his pending discovery motions. Pursuant to a separate order issued concurrently with this order, this case was referred to the Pro Bono Program Director to schedule a second settlement conference before the Honorable David O. Carter. A second settlement conference was requested by Plaintiff and was agreeable to Defendants.

The case will remain stayed pending completion of the second settlement conference. If this case does not settle, the Court will issue an order directing the parties to submit status reports and will issue an amended scheduling order. Plaintiff's pending discovery motions will be addressed by the Court if the case does not settle.

///
///
///
///
///

1

For the reasons set forth herein, Plaintiff's motion seeking an order lifting the stay in this action and a ruling on his pending discovery motions, filed October 2, 2009, is DENIED.

IT IS SO ORDERED.

Dated:   **November 9, 2009**               /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE