1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:05-cv-01340-LJO-GSA PC |
| Plaintiff, | ORDER SETTING SETTLEMENT CONFERENCE BEFORE THE |
| v. | HONORABLE DAVID O. CARTER |
| RODERICK Q. HICKMAN, et al., | **Date:        January 21, 2010**<br>**Time:        8:00 a.m.** |
| Defendants. | **Location:  Courtroom 9D, U.S. District Court, Santa Ana, CA** |

_____/

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Garrison S. Johnson, a state prisoner proceeding pro se.  Pursuant to the Court's order filed November 9, 2009, this case shall be referred to United States District Judge David O. Carter to conduct a settlement conference.

In accordance with the above,  IT IS HEREBY ORDERED that:

1.      This case is set for a settlement conference on **January 21, 2010, at 8:00 a.m.** at the Ronald Reagan Federal Building & U. S. Courthouse, 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701;[1] and

///
///
///

---

[1] A writ directing the transportation of Plaintiff for the conference will be issued closer to the conference date.

2. The parties are directed to provide confidential settlement conference statements to Sujean Younger, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814, so that they **arrive** no later than **December 20, 2009**.

IT IS SO ORDERED.

**Dated:**   **November 19, 2009**            _____ **/s/ Gary S. Austin** _____
                                              UNITED STATES MAGISTRATE JUDGE