# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:05-cv-01340-LJO-GSA PC<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE FROM JANUARY 21, 2010, TO JANUARY 28, 2010, BEFORE THE HONORABLE DAVID O. CARTER, AND REQUIRING BENJAMIN RICE OR STEPHANIE CLAUSS TO BE PERSONALLY PRESENT**<br><br>**ORDER <u>VACATING</u> ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FILED ON DECEMBER 8, 2009**<br><br>**(Doc. 172)**<br><br>Date:     January 28, 2010<br>Time:    8:00 a.m.<br>Location: Courtroom 9D, U.S. District Court, Santa Ana |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Garrison S. Johnson, a state prisoner proceeding pro se. On November 19, 2009, the Court issued an order setting this matter for a settlement conference on January 21, 2010, at 8:00 a.m. before United States District Judge David O. Carter, and on December 8, 2009, the Court issued an order and writ of habeas corpus ad testificandum requiring the Warden of Kern Valley State Prison to produce Plaintiff for the settlement conference.

    Due to the unavailability of the Court, the settlement conference is continued from January 21, 2010, to January 28, 2010, and the order and writ of habeas corpus ad testificandum filed on

December 8, 2009 is vacated. An amended order and writ of habeas corpus ad testificandum requiring the Warden of Kern Valley State Prison to produce Plaintiff for the settlement conference on January 28, 2010, will be issued concurrently with this order.

**Further, Judge Carter requires the personal presence of either Benjamin Rice, General Counsel for the California Department of Corrections and Rehabilitation, or Stephanie Clauss, Chief Deputy General Counsel, at the settlement conference on January 28, 2010.**

In accordance with the above, IT IS HEREBY ORDERED that:

1. The settlement conference set in this case is **CONTINUED from January 21, 2010, at 8:00 a.m. to January 28, 2010, at 8:00 a.m.** at the Ronald Reagan Federal Building & U. S. Courthouse, 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701;

2. Either CDCR General Counsel Benjamin Rice or Chief Deputy General Counsel Stephanie Clauss SHALL be personally present at the settlement conference;

3. The order and writ of habeas corpus ad testificandum filed on December 8, 2009, which requires the Warden of Kern Valley State Prison to produce Plaintiff for the settlement conference on January 21, 2010, is **VACATED**;

4. The Clerk's Office shall serve by facsimile a copy of this order, along with a copy of the amended order and writ of habeas corpus ad testificandum issued concurrently with this order, on the Litigation Office and Out-To-Court Department at Kern Valley State Prison, and CDCR Transportation; and

5. Failure to comply with this order will be grounds for the imposition of sanctions deemed appropriate by the Court.

IT IS SO ORDERED.

Dated: **January 7, 2010**            /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE