# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>          Plaintiff,<br><br>  v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:05-cv-01340-LJO-GSA PC<br><br>AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF GARRISON JOHNSON, CDCR# D-59672<br><br>DATE:     01/28/2010<br>TIME:     7:30 A.M.<br>LOCATION:  Courtroom 9D, U.S. District Court, Santa Ana |

Inmate **GARRISON S. JOHNSON**, **CDCR # D-59672**, a necessary and material party in proceedings in this case on January 28, 2010, is confined at Kern Valley State Prison, 3000 Cecil Avenue, P.O. Box 6000, Delano, California, 93216 in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate at the **United States District Court, Southern District of California, Southern Division, 411 West Fourth Street, Courtroom 9D, Santa Ana, California, 92701 on January 28, 2010, at 7:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to appear before **United States District Judge David O. Carter at the United States District Court, Southern District of California, Southern Division**, at the time and place above, and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

2. In executing this Writ, the California Department of Corrections and Rehabilitation retains sole discretion over the housing of the inmate as is appropriate for his custody and security level.

3. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Kern Valley State Prison**:

**WE COMMAND** you to produce the inmate named above to appear before **United States District Judge David O. Carter at the United States District Court, Southern District of California, Southern Division**, and thereafter to return the inmate to the above institution, or other institution as deemed appropriate by the California Department of Corrections and Rehabilitation.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:   **January 7, 2010**                      **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE