# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-01340-LJO-GSA PC<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO NOTE THE DOCKET TO REFLECT THE VOLUNTARY DISMISSAL OF DEFENDANT AMAYA, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(Doc. 180) |

Pursuant to the parties' notice of voluntary dismissal filed February 23, 2010, the Clerk of the Court shall note the docket to reflect the dismissal of Defendant Amaya, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

**Dated:   February 25, 2010**                       /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE