UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>    Defendants. | 1:05-cv-01340-LJO-GSA-PC<br><br>ORDER FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION WITHIN THIRTY DAYS<br><br>(Doc. #182.) |

Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 24, 2005. (Doc. 1.) On January 28, 2010, Plaintiff and Defendants participated in settlement proceedings before District Judge David O. Carter, and the case was settled. (Doc. 179.) The action is now stayed pending resolution of the settlement. (Doc. 142.)

On August 27, 2010, Plaintiff filed a motion for enforcement of the settlement agreement and for the case to be reopened. (Doc. 182.) Defendants were required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but have not done so. Local Rule 230(l). At this time, Defendants shall be required to file a response to Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Defendants shall file a written response to Plaintiff's motion for enforcement of the settlement agreement and for the case to be reopened, filed on August 27, 2010.

IT IS SO ORDERED.

Dated:   **September 15, 2010**          /s/ Gary S. Austin

UNITED STATES MAGISTRATE JUDGE