EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8194
 Fax: (916) 324-5205
 E-mail: Vickie.Whitney@doj.ca.gov
*Attorneys for Defendants
Schwarzenegger, Hickman, Kellog, Woodford,
Scribner, Andrews, Davis, Hart, Bonilla, and J.
Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GARRISON S. JOHNSON,**<br><br>                                    Plaintiff,<br><br>   v.<br><br>**RODERICK Q. HICKMAN, et al.,**<br><br>                                    Defendants. | 1:05-CV-01340-LJO-GSA<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT OR FOR CASE TO BE REOPENED**<br><br>Judge      The Honorable Gary S. Austin<br>Action Filed:  January 26, 2006 |

On August 27, 2010, Plaintiff Garrison S. Johnson filed a motion for enforcement of the settlement agreement that was entered into between the parties on January 28, 2010, or to reopen the case. (Court Docket (CD) 182.) Defendants have been ordered to respond to Plaintiff's motion.[1]  (CD 183.)

Plaintiff's motion is moot because the settlement payment in the sum of $15,000 has been paid to Plaintiff. As evidenced by Attachment A to this response, the State Controller's Office

---

[1] Defendant Amaya has already been dismissed per a Stipulation for Voluntary Dismissal filed January 28, 2010.  (CD 180, 181.)

1

1  issued a pay warrant (No. 06-173856), on September 27, 2010, payable to Garrison S. Johnson.
2  The settlement monies have been transmitted to Kern Valley State Prison where Plaintiff is
3  currently incarcerated, for deposit into his inmate trust account.
4       As a result, Plaintiff's motion to enforce the settlement agreement, based on his not having
5  received the settlement monies, is now moot.

Dated:  October 12, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

*/s/  Vickie P. Whitney*

VICKIE P. WHITNEY
Supervising Deputy Attorney General
*Attorneys for Defendants Schwarzenegger, Hickman, Kellog, Woodford, Scribner, Andrews, Davis, Hart, Bonilla, and J. Smith*

SA2006303141
31118868.doc