EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
KENNETH R. WILLIAMS, State Bar No. 73170
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5686
 Fax: (916) 324-5205
 E-mail: Rebecca.ArmstrongGrau@doj.ca.gov
*Attorneys for Defendants Schwarzenegger, Hickman, Woodford, Scribner, Andrews, Davis, Kellog, Amaya, Hart, Bonilla and Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>          Defendants. | 1:05-CV-01340-LJO-GSA<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Action Filed: January 26, 2006 |

   IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled action shall be dismissed with prejudice as to all Defendants.

Dated: 1-28-010

_____
Garrison Johnson, Plaintiff Pro Se

Dated: 1/28/10

_____
Rebecca M. Armstrong-Grau
Deputy Attorney General
Attorneys for Defendants

SA2006303141/30939920.doc

1

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE  (1:05-CV-01340-LJO-GSA)