# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | 1:05-cv-01340-LJO-GSA-PC |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE UNDER RULE 41(a) |
| v. | |
| RODERICK HICKMAN, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action alleging prison officials violated the Americans with Disabilities Act ("ADA") and the Rehabilitation Act ("RA"). Plaintiff filed this action on October 24, 2005. (Doc. 1.) On January 28, 2010, Plaintiff and Defendants participated in settlement proceedings before District Judge David O. Carter, and the case was settled. (Doc. 179.) The action was stayed pending resolution of the settlement. (Doc. 142.)

On October 13, 2010, Plaintiff and Defendants filed a stipulation to voluntarily dismiss this action with prejudice, as to all Defendants, pursuant to Rule 41(a)(1)(A)(ii). (Doc. 185.) Under Rule 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii). All of the parties to this action have signed the stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety, with prejudice, as to all Defendants, pursuant to Rule 41(a)(1)(A)(ii); and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 13, 2010              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE